1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10635 Santa Monica Blvd. STE 170
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorney for Plaintiff
   DONALD & LINDA HUFF
5
6              **IN THE UNITED STATES DISTRICT COURT**
                       **DISTRICT OF ARIZONA**
7
   DONALD & LINDA HUFF,            )
8                                  )   Case No.: 2:09-cv-00005-ROS
              Plaintiff,           )
9                                  )   **NOTICE OF SETTLEMENT**
         vs.                       )
10                                 )
   PORTFOLIO RECOVERY ASSOCIATES,  )
11 LLC,                            )
                                   )
12            Defendant.           )

13

14     NOW COMES the Plaintiffs, DONALD & LINDA HUFF, and Defendant, PORTFOLIO

15 RECOVERY ASSOCIATES, LLC, by and through the undersigned counsel and hereby inform

16 the court that they have reached settlement of the present matter and are in the process of

17 finalizing settlement, which parties anticipate will be finalized within the next 30 days.

18     The Parties therefore jointly request that this honorable court vacate all dates currently set

19 on calendar for the present matter.

20                            Respectfully Submitted,

21 DATED: February 4, 2009     KROHN & MOSS, LTD.

22

23                            By: /s/ Ryan Lee                        _

24                                Ryan Lee
                                  Attorney for Plaintiff
25

- 1 -

Notice of Settlement